Filing # 73919140 E-Filed 06/21/2018 02:42:44 PM

| | |
|---|---|
| EAST LAKE PARTNERS, LTD D/B/A BROOKE COMMONS<br><br>    Plaintiff,<br>vs.<br><br>CASE NO:   2018-CC-7987-O<br><br>ANDREW AQUINO, ALEXIS SANCHEZ,<br><br>    Defendant(s), | IN THE COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA. |

*If you deposit rent into the registry of the court, you must pay by Cash, Money Order or Cashiers Check made payable to Clerk of the Court. There is a fee to deposit. 3% for the first $500.00 and 1.5% thereafter.*

### EVICTION SUMMONS/RESIDENTIAL

TO: ANDREW AQUINO, ALEXIS SANCHEZ,
    10109 Eastern Lake Avenue, #202, Orlando, Florida 32817

    You are being sued by the Plaintiff to require you to move out of the place you are living in for reasons stated in the attached complaint.
    You are entitled to a trial to determine whether you can be required to move, but you **MUST** do **ALL** of the things listed below: You must do them within (5) days (not including Saturdays, Sundays or any legal holiday) after the date theses papers were given to you or to a person who lives with you or were posted at your home.
    **THINGS YOU MUST DO AS FOLLOWS:**
    (1) Write down the reasons why you think you should not be forced to move. The written reasons must be given to the clerk of the court at: **County Court Civil Division, 425 North Orange Avenue, Room 310, Orlando, FL 32801**
    (2) Mail or give a copy of your written reasons to: **BILL McCABE, ESQUIRE, 1250 S. Highway 17-92, Suite 210, Longwood, Florida 32750.**
    (3) Pay to the clerk of the court the amount of rent that the attached complaint claims to be due, specifically, **$1,420.44** in rent, plus a **$28.81** clerk's fee and any rent that becomes due until the lawsuit is over. If you believe that the amount claimed in the complaint is incorrect, you should file with the clerk of the court a motion to have the court determine the amount to be paid. If you file a motion, you must attach any documents supporting your position and mail or give a copy of the motion to the plaintiff/plaintiff's attorney.
    (4) If you file a motion to have the court determine the amount of rent to be paid to the clerk of the court, you must immediately contact the office of the judge to whom the case is assigned to schedule a hearing to decide what amount should be paid to the clerk of the court while the lawsuit is pending.
    (5) If the attached complaint also contains a claim for money damages (such as unpaid rent), you must respond to that claim separately. You must write down the reasons why you believe that you do not owe the money claimed. The written reasons must be given to the clerk of the court at the address specified in paragraph (1) above, and you must mail or give a copy of your written response to the plaintiff/plaintiff's attorney at the address specified in paragraph (2) above. This must be done within 20 days after the date these papers were given to you or to a person who lives with you or were posted at your home. This obligation is separate from the requirement of answering the claim for eviction within 5 working days after these papers were given to you or to a person who lives with you or were posted at your home.

THE STATE OF FLORIDA:
To Each Sheriff of the State: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named defendant.

DATED ON:_____.

Civil Division
425 N. Orange Avenue
Room 310
Orlando, Florida 32801

Tiffany Moore Russell,
Clerk of the County Court

By:___ s/ Dolores Wilkinson, Deputy Clerk
2018.06.27 14:44:45 -04'00'



### ADA NOTIFICATION ATTACHED