UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EAST LAKE PARTNERS, LTD,

    Plaintiff,

v.                                                     Case No. 6:18-cv-1187-Orl-37KRS

ANDREW AQUINO; and ALEXIS
SANCHEZ,

    Defendant.
_____

## ORDER

On June 21, 2018, Plaintiff filed an eviction action against Defendants in state court. (Doc. 2.) Purporting to invoke the Court's federal question jurisdiction, Defendant Alexis Sanchez ("**Sanchez**") then filed a notice of removal. (Doc. 1.) Sanchez also filed a motion to proceed *in forma pauperis*, referred to U.S. Magistrate Judge Karla R. Spaulding. (Doc. 3 ("**IFP Motion**").) On referral, Magistrate Judge Spaulding finds that Sanchez has not demonstrated the Court has federal question jurisdiction over this action and recommends remanding this case as improvidently removed under 28 U.S.C. § 1447(c). (Doc. 4 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 4) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. This action is **REMANDED** to the Ninth Judicial Circuit in and for Orange County, Florida.

3. The Clerk is **DIRECTED** to terminate the IFP Motion (Doc. 3) and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 10, 2018.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
County Court of the Ninth Judicial Circuit
in and for Orange County, Florida
*Pro Se* Party